Carlos M. Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone:   (671) 777-0581
Email:        cmakototaitano@taitano.us.com

*Attorney for Applicant*
*The Born Korea, Co. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of | ) |
| | ) Case Number: |
| The Born Korea, Co. Ltd., | ) |
| | ) **DECLARATION OF WONKYEONG KIM** |
| Applicant. | ) **IN SUPPORT OF THE BORN KOREA,** |
| | ) **CO. LTD.'S** ***EX PARTE*** **APPLICATION** |
| | ) **FOR ORDER PURSUANT TO 28 U.S.C.** |
| | ) **§ 1782 AUTHORIZING DISCOVERY** |
| | ) **FOR USE IN FOREIGN PROCEEDINGS** |
| | ) |
| | ) |
| | ) |

I, Wonkyeong Kim, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am a Manager of The Born Korea, Co. Ltd., a company incorporated in the Republic of Korea, which has its principal office in Seoul, Republic of Korea.

3. This declaration is in support of The Born Korea, Co. Ltd.'s (hereinafter "**Applicant**") *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. An anonymous individual (hereinafter "**User**") created a YouTube channel (hereinafter "**YouTube Channel**") located at https://www.youtube.com/@darksidekorea in which the User published approximately 30 videos that defame and contain numerous falsities concerning

the Applicant; attached as **Exhibit 1** is a true and correct screenshot of the YouTube Channel and attached as **Exhibit 2** is a true and correct screenshot of the About page of the YouTube Channel.

5. The About page of the YouTube Channel contains the Gmail email address darksidekoreaofficial@gmail.com.

6. One of the videos published by the User to the YouTube Channel was located at https://youtu.be/UdSIEv4E2tg?si=qzryCO3gvQ67BzgS (hereinafter "**Video 1**"); attached as **Exhibit 3** is a true and correct transcript of Video 1 in its original Korean language.

7. One of the videos published by the User to the YouTube Channel is located at https://youtu.be/_Z7Mzx1hQk0?si=pXtqO9n1j6TDTyfE (hereinafter "**Video 2**"); attached as **Exhibit 4** is a true and correct transcript of Video 2 in its original Korean language.

8. One of the videos published by the User to the YouTube Channel is located at https://youtu.be/l1r5lIihFwo?si=EI2tycqq2ORg9fOS (hereinafter "**Video 3**", and collectively with Video 1 and Video 2, hereinafter "**Videos**"); attached as **Exhibit 5** is a true and correct transcript of Video 3 in its original Korean language.

9. Video 1 falsely states or implies that the Applicant used expired ingredients in the food that it provided at a festival in 2024, which is plainly false; the food described in Video 1 was never used at the festival at issue.

10. Video 2 and Video 3 falsely accuse the Applicant of filing baseless copyright infringement claims or cases against the User or the YouTube Channel; these accusations are plainly false, because the Applicant has not filed any copyright infringement cases or claims against the User or the YouTube Channel.

11. The Applicant has been contacted by numerous individuals inquiring about the truthfulness of the accusations contained in the Videos, which have overwhelmed and significantly harmed the operations of the Applicant.

12. The false accusations contained in the Videos have caused significant damage to the reputation of the Applicant, causing its sales to plummet and have caused significant harm to the morale of employees of the Applicant.

*Declaration of Wonkyeong Kim*

13. The Applicant has filed a civil lawsuit on September 9, 2025 against the User in the Seoul Central District Court in the Republic of Korea, for defamation and business interference against the User (hereinafter "**Civil Case**").

14. I have thoroughly reviewed the information on the YouTube Channel to find information that may lead to the true identity of the User, but I was unable to find any identifying information that will reveal the true identity of the User.

15. I have also searched online to find information that may lead to the true identity of the User, but I was unable to find any identifying information that may lead to the true identity of the User.

16. I have been unable to identify the true identity of the User, preventing the Applicant from proceeding with the Civil Case against the User.

17. Unless the true identity of the User is revealed, the Applicant will be unable to pursue the Civil Case against the User.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September **29**, 2025.



WONKYEONG KIM



Exhibit 1



**Exhibit 2**

**채널명 :** 다크사이드코리아

**영상 주소 :** https://youtu.be/UdSIEv4E2tg?si=qzryCO3gvQ67BzgS

**업로드 날짜 :** 2025년 04년 24일

**조회 수 :** 조회 수 –  34,756회

| 게시일 | 동영상 제목<br><br>[영상 시간(초)] | 내용 | 시작 시간 (초) | 끝나는 시간 (초) |
|---|---|---|---|---|
| 2025-04-24 | 더본코리아. 유통기한 지난 식자재 발각. 의혹 터졌다. [3:43] | 더본코리아에서 유통기한이 지난 식자재를 사용했다는 새로운 의혹이 나왔다는 것인데, 박수익 유튜브 채널의 주인장 말에 따르면 2024 년 예산 삼국 축제 당시의 단기 알바나 주변 상인들끼리 유통기한 지난 물건을 내보내도 되느냐는 통화 녹취가 녹음이 되어 있었다고 한다. | 0:00 | 0:16 |
| | | 그리고 제보를 받고 취재에 응해준 제보자와 만나기 위해 이동 중인 박수익 주인장. | 0:16 | 0:21 |
| | | 그리고 제보자와 접선하여 사진이 찍힌 메타 자료의 날짜를 살펴보니, 확실히 2024 년 10 월 20 일 일요일로 적혀 있는 것으로 확인이 된다. | 0:22 | 0:30 |
| | | 그리고 다음 장면에서 2024 년 10 월 25 일 축제가 끝난 후, 찍힌 사진으로 추정이 되며 실제로 축제에 사용이 된 것인지는 확실치는 않으나, 박스가 뜯어져 있는 상황을 보여주고 있다는 것으로 보인다. | 0:30 | 0:42 |
| | | 그러나 이 진한 간장 돼지 불고기 소스는 2024 년 7 월 12 일까지가 소비기한으로 분명히 명시가 되어 있는 것이 확인이 된다. | 0:42 | 0:50 |

**Exhibit 3**

|  |  | 오징어 튀김이 들어있는 봉다리를 살펴보자 | 0:51 | 0:53 |
|---|---|---|---|---|
|  |  | 2024년 7월 9일까지라는 유통기한이 분명하게 명시가 되어 있는 것을 확인할 수가 있다. | 0:53 | 0:58 |
|  |  | 그리고 닭강정 또한 소비 기한이 2024 년 9 월 13 일로 표시가 되어 있는데, 한달 정도 유통기한이 지나있는 상태로 보이며, 빽쿡 마요네즈 역시 유통기한이 2024 년 9 월 24 일까지로 확인이 된다. | 0:59 | 1:11 |
|  |  | 이 와중에 우리 더본 코리아 뿌쿠가와를 수호하는 일부 백보이 빽빽보이 추종자 집단들은 저 축제는 2023년에 있었던 것이니, 유통기한에 대한 의혹은 아무런 문제가 없다고 물타기를 시도하는 모습을 보여주기도 하였는데, 사진에 찍힌 돼지 삼겹살에 도축된 날짜를 보면 2023년 12월 18일에 도축을 했는데, 10월 행사에 12월 도축된 고기를 사용하는 것은 저 독일산 삼겹살이 아인슈타인 끼고 타임슬립까지 하지 않는 이상 완전히 불가능한 일이니 간단하게 파훼가 된 셈이라고 볼 수가 있다. | 1:12 | 1:42 |
|  |  | 그리고 냉동으로 보관을 해야 하는 수입산 돼지고기의 보관 상태도 조금 이상한 부분이 보이는데, 막걸리와 생수를 같이 보관을 했다는 부분이 의아한 부분인데, 보통은 생수나 막걸리를 얼려서 보관하지는 않으니 저 창고가 냉장 창고가 아니었냐는 의혹도 일각에선 제기가 되고 있는 상황이다. | 1:42 | 1:59 |

**Exhibit 3**

| | | | | |
|---|---|---|---|---|
| | | 물론 실제로 여기 있는 식자재들을 정말로 사용했는지에 대한 부분을 증명하는 것은 상당히 어려워 보인다. | 2:00 | 2:06 |
| | | 그러나 보관을 했다는 것만으로 문제 소지가 있다고 볼 수가 있다. | 2:07 | 2:09 |
| | | 식품위생법 시행규칙 8조에 따르면 유통기한이 경과한 식품은 폐기 등의 적절한 조치가 이루어져야 하며 이를 식재료 보관 공간에 두는 것도 위생상 부적절한 행위로 간주가 될 수 있으며, 단속 시 조리에 사용할 목적이 있었다고 판단이 된다면 단순 보관도 고의성 여부에 따라 행정처분 또는 형사처벌의 대상이 될 수 있다. | 2:10 | 2:29 |
| | | 아니 그렇지 않아도 저 얼마 전에 돼지바베큐 팔다 남은 거 그대로 저렇게 하루 동안 널어놨던 거 봐라. 솔직히 얘들 하는 말이 믿음이 가냐? 안 가잖아? | 2:30 | 2:38 |
| | | 난 저거 그래도 검은 비닐봉다리라도 뒤집어 씌워놨는 줄 알았는데 지금 보니 홀라당 다 벗겨져 있는 거 봐서 돌아다니는 똥개와 길냥이들 계 탄 게 아닐까 싶은 것인 건데, 그 뭐였더라, 불량식품 공짜로 뿌려주던 문방구집 할망구 나오는 어린이 동안 뭐였지? 아 그래 헨젤과 그레텔. 난 저거 처음에 보고 헨젤과 그레텔 삼겹살 버전인 줄 알았다. | 2:39 | 2:59 |
| | | 아니 뭐 밤 11시에 사람은 없고, 멍멍이랑 야옹이는 슬렁슬렁 구경하러 오고, 이따위 위생 관념을 보여주는 회사가 저런 유통기한 지난 물건들을 | 3:00 | 3:16 |

**Exhibit 3**

|  |  | 쟁여 놓은 식자재 창고의 총체적 난국에 관리 실태가 찍혀버리면 대체 어디까지 이들의 말을 신뢰해야 하는지 의문이라는 것인 거다. |  |  |
|---|---|---|---|---|
|  |  | 저걸 실제로 팔았느냐 팔지 않았느냐가 중요한 것이 아니다. | 3:16 | 3:20 |
|  |  | 솔직히 보관 상태가 소비자에게 위생 불신을 유발했다면, 그 자체로도 엄청난 문제를 야기할 수 있다. | 3:21 | 3:26 |
|  |  | 지금 의혹이지만 만약에 저걸 실제로 팔았다는 게 오피셜로 밝혀져 봐라? 이쯤 되면 축제 음식이 아니라 식중독 가챠를 돌리는 자판기 수준이 아니겠냐고 묻고 싶다는 것인거다. | 3:27 | 3:37 |

**Exhibit 3**

**채널명 : 다크사이드코리아**

**영상 주소 :** https://youtu.be/_Z7Mzx1hQk0?si=pXtqO9n1j6TDTyfE

**업로드 날짜 :** 2025년 04년 05일

**조회 수 :** 조회 수 –  54,569회

| 게시일 | 동영상 제목 [영상 시간(초)] | 내용 | 시작 시간 (초) | 끝나는 시간 (초) |
|---|---|---|---|---|
| 2025-04-05 | 2주만에 복귀한 다사코. 더본코리아에 결국 승리. (feat.이돈호 변호사) [5:35] | 최근 백종원 영상 관련으로 수많은 유튜버들이 더본코리아의 저작권 신고로 쓰러진 사건들 다들 기억하고 있을 것이다. | 0:00 | 0:07 |
| | | 다크사이드도 더본코리아의 저작권 신고 역습에 당해서 채널 자체가 삭제 위기 목적까지 몰렸었는데, 그 사연은 아마도 우리 빽선생님과 빽보이, 빽빽보이 가신들을 뿌쿠가와 가문과 그식솔들이라고 놀려서 그런 것이라고 짐작만 할 뿐이라는 것인거다. | 0:08 | 0:22 |
| | | 이 과정에서 최근 가장 핫한 변호사로 떠오르고 있는 이돈호 변호사가 다크사이드 코리아의 백기사로 나서 더본코리아와 함께 싸워온 3주간의 승리 과정을 세세하게 올려보려고 한다 | 0:23 | 0:33 |
| | | 특히 저작권 신고 남발로 고통을 받고 있는 유튜버 분들을 위해 이 영상을 만들었으니, 다크사이드와 같은 고통을 받고 계신 분들이라면 꼭 시청해 주시기 바란다. | 0:33 | 0:43 |
| | | 아, 그 전에 내가 유료 광고 태그를 달아놨는데, 다크사이드가 이돈호 변호사에게 광고비를 받은 사실은 전혀 없으 | 0:44 | 1:13 |

**Exhibit 4**

| | | | | |
|---|---|---|---|---|
| | | 며, 이 영상은 그냥 내가 더본코리아와 저작권으로 싸워온 3주간의 과정을 순수하게 담은 내용이고, 영상의 성격을 따져야만 한다면, 내돈내산 리뷰 콘텐츠에 가깝지만, 이 영상 자체가 이돈호 변호사를 찬양하며 찬미하는 영상이 될 것 같아 유튜브 시스템이 또 뒷광고니 뭐니 이상한 걸로 태클 걸까봐 그냥 편하게 유료 광고 태그를 박았다는 점, 미리 양해를 부탁드린다 | | |
| | | 사건은 한국시간 3월 12일 수요일 오후 5시 51분에 벌어졌다. | 1:14 | 1:19 |
| | | 더본코리아 산하 MCN의 저작권 신고를 받았고 저작권 경고를 받았다. | 1:20 | 1:23 |
| | | 그리고 나와 같이 백종원을 다루던 수많은 유튜버들도 이런 통지를 받았다는 소식을 전달받은 것이다. | 1:24 | 1:30 |
| | | 이 과정에서 어떻게 해야하나 전전긍긍하고 있는 동안 뜻밖의 메일을 받게 되는데, 바로 백기사 이돈호 변호사에게 온 메일이었다는 것이다. | 1:31 | 1:38 |
| | | 이런 상황에 이돈호 변호사라는 전문적인 법률 대리인이 직접 메일을 온 것에 천군만마를 얻은 것과 같은 느낌을 받았다고나 할까? | 1:39 | 1:46 |
| | | 이돈호 변호사 측이 제시한 저작권 반론 통지의 절차는 다음과 같다. | 1:46 | 1:50 |
| | | 익명의 유튜버로 활동하기 때문에 직접 하는 경우는 개인정보가 공개될 수 있 | 1:51 | 1:59 |

**Exhibit 4**

|  |  | 으니, 법률대리인의 명의로 해당 절차를 진행하자는 제안이었다. |  |  |
|---|---|---|---|---|
|  |  | 사실 아시는 분들은 아시겠지만 유튜브는 저작권과 관련해서 구글 측이 개인정보를 요구한다. | 1:59 | 2:05 |
|  |  | 그런 관계로 저작권 분쟁에서 자신의 명의가 노출되지 않기를 원하는 사람들은 반드시 법률대리인을 통해야만 한다. | 2:06 | 2:12 |
|  |  | 변호사를 통해서라면 개인정보의 노출 없이 가능하다는 것이며, 이것은 유튜브 측에서도 정확히 명시가 되어 있다. | 2:13 | 2:19 |
|  |  | 그래서 다크사이드도 과거에 유튜브 저작권 신고를 법률대리인의 명의로 해본 적이 몇 차례 있었고, 전부 성공적이었지만 문제는 이번 상황이 겨우 스크린샷 사용 하나로 수세로 몰렸다는 것이고, 상대는 코스피 상장 기업이라는 것이다. | 2:20 | 2:33 |
|  |  | 이런 것은 유튜브 인생에서 난생 처음 겪어보는 과정이라는 것인 거다. | 2:33 | 2:38 |
|  |  | 저작권 방어 차원에서 싸워보는 것은 처음인데다, 말도 안 되는 3초 이미지 사용에 스트라이크가 걸려버린 상황에 어떻게 대응할지 난감한 상황이었다고 볼 수가 있다는 것인 거다. | 2:39 | 2:49 |
|  |  | 마침 이돈호 변호사는 과거 당부의 아카데미라고 하는 채널의 저작권 경고를 부여해서 스트라이크를 먹였던 사례도 있고, 반대로 본인이 대리한 다른 사건 | 2:50 | 3:05 |

**Exhibit 4**

| | | | | |
|---|---|---|---|---|
| | | 에서도 저작권 반론통지를 성공적으로 진행하여 공격과 수비 양측을 모두 경험했던 베테랑 전투원이었다는 것이라는 거다. | | |
| | | 다크사이드는 일말의 고민도 없이 백기사 이돈호 변호사의 제안을 받고 의뢰인이 되어 더본코리아의 폭거에 본격 참전하기로 결정을 하였다. | 3:06 | 3:13 |
| | | 자 여기서 가장 중요한 것은 이것이다. 정확한 사실관계에 대한 파악, 그리고 시간이다. | 3:14 | 3:19 |
| | | 반론통지는 신속함이 생명이다. 이 반론통지에는 기한이 있기 때문이다. | 3:20 | 3:24 |
| | | 그리고 저작권이 걸린 자료의 자신만의 재해석이나 리뷰 비평 목적 등에 대한 공정이용에 대한 여부가 있는지가 핵심이며, 사용한 시간이 어느 정도 되는지가 중요한 요소라고 볼 수 있다. | 3:25 | 3:35 |
| | | 다크사이드는 방송 스크린샷을 단 3초만 사용을 하였고, 리뷰와 비평에 관련된 내용임을 확신하고, 공정이용을 주장했는데 바로 이것이 실제로 반론통지에 사용되었던 백종원 대표에 대한 비평 목적과 공익적 목적에 부합한다는 내용의 공정이용 주장이다. | 3:36 | 3:51 |
| | | 특히 이돈호 변호사는 다른 방송사에서 뿌쿠가와네 영상을 인용했던 사례를 들어 여러 주요 뉴스나 유튜브 콘텐츠에서 널리 쓰이는 이 방식이 뭐가 문제냐며 JTBC 뉴스와 YTN 뉴스, MBC 뉴스 | 3:52 | 4:10 |

**Exhibit 4**

| | | | | |
|---|---|---|---|---|
| | | 사례까지 들고 나오면서 더본코리아의 어처구니없는 저작권 신고 남발을 압박하는 내용까지 이렇게 삽입을 하였다. | | |
| | | 문제는 이 과정에서 유튜브 측에서 반론 과정이 몇 번이나 리젝트가 되었고, 반론 통지를 새로 넣은 것만 2주 동안 거의 4번은 되는 것 같았다. | 4:11 | 4:19 |
| | | 이 2주간의 과정에서 굉장히 어려운 난관들이 몇 번 있었으나, 전문적인 법률 대리인의 도움을 받아 꾸준히 반론 통지를 넣었고 그 과정은 매우 어렵고 여럿 난관이 있었다. | 4:20 | 4:29 |
| | | 그러나 결국 온전하게 반론 통지를 하는데 성공을 하고 결과가 나오기까지 약 2주간의 기나긴 기다림을 하게 되었고 결국 저작권 스트라이크가 회복이 되었고 승리를 쟁취하였다는 내용이다. | 4:30 | 4:40 |
| | | 이 과정에서 이돈호 변호사는 새로운 법률 서비스를 런칭을 하였는데, 신원 공개 없이 변호사의 명의로 진행하는 저작권 신고 및 반론통지 서비스를 시작했다는 것이다. | 4:41 | 4:51 |
| | | 더본코리아 사태와 같은 어처구니 없는 저작권 남발 신고 사례로 채널이 삭제될 위기에 들어선 크리에이터들이 신원 노출에 대한 걱정 없이 변호사를 통해 간편하게 할 수 있는 서비스이니 이번 사태로 고통을 받고 있는 크리에이터분들에게 도움이 될 서비스이니 이런 것도 고려하는 것을 추천한다는 것인거다. | 4:52 | 5:09 |

**Exhibit 4**

|  |  | 자 그럼 완벽한 저작권 승소로 채널이 회복이 된 다크사이드. 그렇지 않아도 여러가지 새로운 이슈들이 슬금슬금 나오는 모양인데 이제는 스크린샷 사용에 대해서 이상한 선례가 생겨버렸으니 새로운 방법으로 영상 업로드를 약속하며 끝! | 5:09 | 5:24 |

**Exhibit 4**

**채널명 :** 다크사이드코리아

**영상 주소 :** https://youtu.be/l1r5lIihFwo?si=EI2tycqq2ORg9fOS

**업로드 날짜 :** 2025년 03월 12일

**조회 수 :** 조회 수 –   106,174회

| 게시일 | 동영상 제목<br>[영상 시간(초)] | 내용 | 시작 시간 (초) | 끝나는 시간 (초) |
|---|---|---|---|---|
| 2025-03-12 | 백종원. 다크사이드 암살 시도. 닌자 부대 투입. 모든 영상 삭제 되었다 [2:39] | 뿌쿠가와 가문이 다크사이드 코리아의 영지를 침공하였다. | 0:00 | 0:02 |
| | | 백종원 채널에서 무려 저작권 신고를 걸어버린 현 상황이라는 것인 건데, 와 이제는 예산 시장에서 다이묘 놀이를 하는 것도 모자라 유튜브에서 반란군 색출까지 하는 현 상황이라는 것인 거다. | 0:03 | 0:14 |
| | | 무려 본인의 MCN 인 티엠씨엔터인지 TSMC 인지 하는 곳에서 저렇게 저작권 신고를 다른 채널에도 날리고 있는 것 같은 모양이라는 것인 거다. | 0:16 | 0:23 |
| | | 그리고 사실 이 삭제된 내용도 내가 확인해 봤는데, 그 사과파이로 고심하는 사진 하나 썼다고 삭제가 된 거라는 것인 거다. | 0:24 | 0:30 |
| | | 그러니까 이게 삭제될 이유가 하나도 없는 내용이라는 것인 건데, 혹시 유튜브 코리아 검토자 중 한 명이 빽보이 빽빽보이였던 것인 걸까 진실은 알 수가 없다는 것인 거다. | 0:31 | 0:41 |
| | | 뭐 어쨌든 덕분에 영상 하나를 삭제했고, 지금 나머지 영상도 싹 다 삭제를 한 것 치라는 것인 건데, 설마 | 0:42 | 0:51 |

**Exhibit 5**

| | | | | |
|---|---|---|---|---|
| | | 나 다크사이드 말고 다른 채널들도 영상들이 없어지고 있는 것인 건가? | | |
| | | 본인을 둘러싼 각종 논란에 대한 정당한 비판을 하겠다는 사람들은 그냥 이렇게 담궈버린다는 것이라는 건데, 이야 세상에 이제 유튜브에서 백종원을 둘러싼 논란을 거짓 없는 100% 사실에 입각해서 그냥 비판만 하더라도 영상이 강제로 삭제가 되는 시대가 되었다는 것인 거다. 이건 진짜 너무한다. 정말 | 0:51 | 1:10 |
| | | 농지법 위반이나 사과당 출점 논란, 연돈 볼카츠 논란의 원산지 표기 문제까지, 이 수많은 내용에 대해 아무런 해명 없이 가장 짜치는 형태로 저작권을 걸어서 대응을 하는 이것이 정말 맞는 것인 건가? | 1:10 | 1:22 |
| | | 모르는 사람들은 나 다크사이드가 저작권을 어겼으니 당연한 게 아닌 거냐고 물을 수가 있지만, 놀랍게도 유튜브 코리아에서는 이런 이미지 사용들은 정당한 이용이라고 그동안 막아줬었다는 것인 거다. | 1:23 | 1:35 |
| | | 내가 정말 수많은 저작권 신고를 받았었거든? 그런데 놀랍게도 그동안 구글에서 다 막아줬었어. 그런데 뿌쿠가와는 600만석의 구독자를 보유하고 있다고 그런 거야? | 1:36 | 1:45 |
| | | 아니면 600만석 빽보이 빽빽보이 영지민들 중 한 명이 유튜브 저작권 검토자였던 거야? 갑자기 왜 이러는 거야, 진짜. | 1:45 | 1:53 |

**Exhibit 5**

|  |  | 나는 정말 이것이 최선인지에 대해서 정말 묻고 싶은 것인 거다 | 1:54 | 1:57 |
|---|---|---|---|---|
|  |  | 아 그러니까 예산 시장도 그렇고, 골목시장도 저렇게 말들이 많이 나오고 있던 거였구나? | 1:58 | 2:02 |
|  |  | 이제 연돈 볼카츠 사장님들의 속마음을 이해할 수 있게 되었다는 것이면 뭔가 이제 하나 주식 퍼즐이 맞춰지고 있다는 것인 거다. | 2:03 | 2:10 |
|  |  | 대체 이런 회사가 코스피 상장까지 하게 되었다는 것 자체가 코미디라는 정말 어처구니없고 개같이 상큼한 상황. 그럼 뭐 어쩌겠냐? | 2:10 | 2:17 |
|  |  | 이미 내가 아니라 원조 렉카방송사에서 물기 시작했는데 손바닥으로 하늘을 가린다고 가려지겠냐? | 2:18 | 2:24 |
|  |  | 그럼 뭐, 나 다크사이드도 우리 더본 코리아 뿌쿠가와 가문의 건전 비디오 영상은 완전히 배제하고 다른 방법을 찾으면 되는 거지. 끝. | 2:25 | 2:33 |

**Exhibit 5**