Carlos M. Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

*Attorney for Applicant*
*The Born Korea, Co. Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>The Born Korea, Co. Ltd.,<br><br>Applicant. | Case Number:<br><br>**DECLARATION OF JEONGWON HONG IN SUPPORT OF THE BORN KOREA, CO. LTD.'S *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Jeongwon Hong, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am qualified to translate from the Korean language to the English language because I read, write, and understand both the English language and the Korean language, fluently.

3. This declaration is in support of The Born Korea, Co. Ltd.'s <u>*Ex Parte* Application for Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings</u>.

4. **Exhibit A** attached hereto is a true and a correct translation that I prepared of Exhibit 3 that is attached to and referred to in paragraph 6 of the Declaration of Wonkyeong Kim (which declaration will be submitted contemporaneously herewith).

5. **Exhibit B** attached hereto is a true and a correct translation that I prepared of Exhibit 4 that is attached to and referred to in paragraph 7 of the Declaration of Wonkyeong Kim.

6. **Exhibit C** attached hereto is a true and a correct translation that I prepared of Exhibit 5 that is attached to and referred to in paragraph 8 of the Declaration of Wonkyeong Kim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2025.

Jeongwon Hong
JEONGWON HONG

**Channel Name: Darkside Korea**

**URL:** https://youtu.be/UdSIEv4E2tg?si=qzryCO3gvQ67BzgS

**Upload Date:** April 24, 2025

**View Count:** 34,756 views

| Upload Date | Video Title [Duration (sec)] | Content | Start (sec) | End (sec) |
|---|---|---|---|---|
| 2025-04-24 | The Born Korea. Expired ingredients found. Doubts arise. [3:43] | There is a suspicion that The Born Korea used expired ingredients. According to the owner of Parksuik YouTube channel, there is a recording of phone calls between part-timers and merchants during the Yesan Three Kingdoms Festival back in 2024, questioning if it is okay to use expired products. | 0:00 | 0:16 |
| | | Parksuik is about to meet with the informant who accepted the interview request. | 0:16 | 0:21 |
| | | After meeting with the informant and looking at the date in the photo's metadata, it is confirmed that the photo was taken on Sunday, October 20, 2024. | 0:22 | 0:30 |
| | | It is assumed that the next photo was taken on October 25, 2024, after the festival. And although it is not certain whether the products inside were actually used during the festival, you can see that the boxes are open. | 0:30 | 0:42 |
| | | However, this soy sauce for pork bulgogi is clearly labeled with a use-by date until July 12, 2024. | 0:42 | 0:50 |
| | | Let's take a look at the bag of fried calamari. | 0:51 | 0:53 |

| | | | | |
|---|---|---|---|---|
| | | We can clearly see that the best-before date is July 9, 2024. | 0:53 | 0:58 |
| | | The best-before date for spicy chicken nuggets is September 13, 2024, which is already past one month. It is also found that the use-by date for Paik Cook Mayonnaise is until September 24, 2024. | 0:59 | 1:11 |
| | | In the meanwhile, some of the Paikboy followers who blindly support The Born Korea Paikugawa attempted to cover up the issue by insisting that the festival was held in 2023, so there is no problem with the expiry date. Well, if you look at the pork belly in the picture, the slaughter date is December 18, 2023. Using meat produced in December at an event held in October of the same year? It's impossible unless that German pork belly somehow slipped in time with Einstein, so that's easily settled. | 1:12 | 1:42 |
| | | There is also something strange about the imported pork, which is supposed to be stored frozen. The strange part is that the meat was stored together with makgeolli (rice wine) and mineral water. Generally, water and makgeolli are not kept frozen, so there are doubts that the storage might have been a refrigerator, not a freezer. | 1:42 | 1:59 |
| | | Of course, it seems quite difficult to prove whether the ingredients here were actually used. | 2:00 | 2:06 |
| | | However, keeping them in storage itself can be a problem. | 2:07 | 2:09 |

| | | | | |
|---|---|---|---|---|
| | | According to Article 8 of the Enforcement Regulation of the Food Sanitation Act, food past its expiration date should be disposed properly, and keeping expired food in storage with other ingredients can be considered inappropriate in terms of sanitation. If it is judged that there was an intention to use such expired food for cooking, the act of keeping it in storage can also be subject to administrative disposition or criminal punishment. | 2:10 | 2:29 |
| | | Aside from all that, just look at how they left that unsold pork barbecue in the open air until the next day. Honestly, how can you trust what they say? | 2:30 | 2:38 |
| | | I expected them to at least cover the meat with something, but turns out it was there completely exposed. Must have been a nice treat for stray dogs and cats. What was that story with the old hag giving away free junk food? Oh, right, Hansel and Gretel. When I first saw that, I thought it was a pork belly version of Hansel and Gretel. | 2:39 | 2:59 |
| | | 11 at night, no one's around, dogs and cats strolling by. A company with such poor sense of hygiene keeps expired products in food storage. Now I wonder how I am supposed to trust anything they say. | 3:00 | 3:16 |
| | | It's not important whether they actually sold it or not. | 3:16 | 3:20 |
| | | If the storage condition caused distrust among consumers, that itself can be a | 3:21 | 3:26 |

| | | | | |
|---|---|---|---|---|
| | | serious problem. | | |
| | | For now it just remains in doubt, but what if it becomes official that they actually sold it? At this point, I'd like to ask, how is it any different from a random vending machine for food poisoning? | 3:27 | 3:37 |

**Channel Name: Darkside Korea**

**URL:** https://youtu.be/_Z7Mzx1hQk0?si=pXtqO9n1j6TDTyfE

**Upload Date:** April 5, 2025

**View Count:** 54,569 views

| Upload Date | Video Title [Duration (sec)] | Content | Start (sec) | End (sec) |
|---|---|---|---|---|
| 2025-04-05 | Darkside Korea is back after 2 weeks. Victory over The Born Korea. (feat. Lawyer Lee Don-ho) [5:35] | Surely y'all remember how countless YouTubers were recently accused of copyright infringement by The Born Korea for posting videos about Paik Jong Won. | 0:00 | 0:07 |
| | | Darkside was no exception, and the whole channel was at risk of termination because of the Born Korea's reverse-attack. I can only assume that the reason is because I dared to make fun of Mr. Paik, his Paikboys and stooges by referring to them as the Paikugawa Family and their dependents. | 0:08 | 0:22 |
| | | Today I'd like to introduce in detail the 3-week journey to victory against The Born Korea, with the hotshot lawyer Lee Don-ho as the white knight acting on behalf of Darkside Korea. | 0:23 | 0:33 |
| | | I made this video especially for YouTubers suffering from unfair copyright claims, so if you are facing a situation like me, then you should definitely watch. | 0:33 | 0:43 |
| | | I added a paid partnership label, but I must make it clear that I never received any advertising fee from Lawyer Lee Don-ho, and this video is simply about the 3-week | 0:44 | 1:13 |

| | | | | |
|---|---|---|---|---|
| | | fight against The Born Korea's copyright claim. To define the nature of the video, it is more of a self-paid review, but I added this paid partnership label in advance to avoid being accused of unlabeled advertising, because the video is mostly a praise for Lawyer Lee Don-ho. | | |
| | | It happened at 5:51 PM on Wednesday, March 12th. | 1:14 | 1:19 |
| | | I received a copyright infringement notice from The Born Korea's MCN. | 1:20 | 1:23 |
| | | And I heard that many other YouTubers uploading content about Paik Jong Won received the same notice. | 1:24 | 1:30 |
| | | While I was lost in the situation, I received an unexpected email. It was from the white knight, Lawyer Lee Don-ho himself. | 1:31 | 1:38 |
| | | To have received an email from a legal professional in this mess, I felt like having all the power I needed. | 1:39 | 1:46 |
| | | The copyright counter notification process advised by Lawyer Lee Don-ho is like this. | 1:46 | 1:50 |
| | | As I am an anonymous YouTuber, submitting the notice personally may result in disclosure of personal information. So the idea was to proceed with the process in the name of a legal attorney. | 1:51 | 1:59 |
| | | As some of you may already know, Google requires personal information with regard | 1:59 | 2:05 |

| | | | | |
|---|---|---|---|---|
| | | to copyright issues on YouTube. | | |
| | | Therefore, those who do not want to expose their real name in a copyright dispute must proceed through a legal attorney. | 2:06 | 2:12 |
| | | A copyright counter notification can be submitted by an attorney without disclosing the uploader's personal information, and this is clearly specified in YouTube's policies. | 2:13 | 2:19 |
| | | I have submitted copyright claims in the name of a legal attorney several times before, all of which were successful. The problem with the current situation is, I am driven into a corner because of one measly screenshot and the other party is a KOSPI-listed company. | 2:20 | 2:33 |
| | | This is something I'm experiencing for the first time since starting YouTube. | 2:33 | 2:38 |
| | | This was my first time on the defending side, and I got a copyright strike for using an image for 3 seconds. I had no idea how to deal with this absurdity. | 2:39 | 2:49 |
| | | Lawyer Lee Don-ho has a past history of giving a copyright strike on the channel Request Academy, and was also successful in copyright counter notification on behalf of the client. In short, he is a veteran warrior who experienced both offense and defense. | 2:50 | 3:05 |

| | | | | |
|---|---|---|---|---|
| | | Without further hesitation, I accepted the offer and decided to start the battle against The Born Korea as Lee Don-ho's client. | 3:06 | 3:13 |
| | | Now, the most important point here is to understand the exact facts and to get things done on time. | 3:14 | 3:19 |
| | | Punctuality is crucial for copyright counter notification, because there is a deadline. | 3:20 | 3:24 |
| | | The key is whether the copyrighted material was under fair use for purposes such as reinterpretation or criticism, and for how much time it was used. | 3:25 | 3:35 |
| | | Darkside used the screenshot for only 3 seconds, definitely for the purpose of review and criticism, and claimed fair use. This is what is stated in the counter notification, claiming that the content was under fair use for the purpose of criticizing Paik Jong Won and promoting public welfare. | 3:36 | 3:51 |
| | | Lawyer Lee Don-ho referred to the example of other broadcast companies quoting Paikugawa Family videos and claimed that there is nothing wrong with using such materials for journalism or YouTube content. He also brought out examples of JTBC News, YTN News and MBC News, and pointed out the unfair copyright claim made by The Born Korea. | 3:52 | 4:10 |
| | | During the process, the counter notification | 4:11 | 4:19 |

| | | | | |
|---|---|---|---|---|
| | | was rejected multiple times by YouTube. I had to re-submit the counter notification about 4 times in 2 weeks. | | |
| | | During the two weeks, I faced difficult challenges, but with the help of a legal professional, I submitted the copyright counter notification repeatedly. The process was very hard, with many obstacles. | 4:20 | 4:29 |
| | | Nevertheless, the counter notification was finally accepted and I got the result after 2 weeks of waiting. Eventually, the copyright strike was removed and I achieved victory. | 4:30 | 4:40 |
| | | During the process, Lawyer Lee Don-ho launched a new legal service for submitting copyright claims and counter notifications in the name of an attorney without disclosing one's personal information. | 4:41 | 4:51 |
| | | Creators at risk of having their channel terminated due to unfair copyright claims, such as this case with The Born Korea, can use this service through a lawyer without having to worry about disclosure of personal information. It is recommended for creators suffering from similar circumstances. | 4:52 | 5:09 |
| | | Darkside has won the copyright fight and recovered its channel. Other new issues are emerging, and now that there is a weird precedent for using screenshots, I will have to find new ways to make the upcoming | 5:09 | 5:24 |

| | | | | |
|---|---|---|---|---|
| | | videos. That's it for today! | | |

**Channel Name: Darkside Korea**

**URL:** https://youtu.be/l1r5lIihFwo?si=EI2tycqq2ORg9fOS

**Upload Date:** March 12, 2025

**View Count:** 106,174 views

| Upload Date | Video Title<br>[Duration (sec)] | Content | Start (sec) | End (sec) |
|---|---|---|---|---|
| 2025-03-12 | Paik Jong Won. Attempt to assassinate Darkside. Ninja troops deployed. All videos removed [2:39] | The Paikugawa Family has invaded the territory of Darkside Korea. | 0:00 | 0:02 |
| | | A copyright claim was made by Paik Jong Won's channel. As if it's not enough playing Daimyo in Yesan Market, they are hunting down the rebel forces through YouTube. | 0:03 | 0:14 |
| | | It seems that copyright claims are sent to other channels through The Born Korea's MCN – TMC Enter or TSMC, whatever the name. | 0:16 | 0:23 |
| | | I checked the removed content and it was removed because I used that one photo of making a big deal out of an apple pie. | 0:24 | 0:30 |
| | | There is absolutely no reason for it to be removed. Could it be that one of the YouTube Korea overseers is a Paikboy? Nobody knows for sure. | 0:31 | 0:41 |
| | | Anyway, one video has been removed and the remaining ones are as good as gone. I wonder if videos in other channels are also being removed. | 0:42 | 0:51 |
| | | Paik Jong Won just wants to get rid of people who engage in fair criticism over the rumors around him. Geez, now YouTube videos criticizing Paik Jong Won are forcefully removed, even if they are based | 0:51 | 1:10 |

| | | | | |
|---|---|---|---|---|
| | | on 100% fact. This is going too far. | | |
| | | Violating the Farmland Act, the issue over Sagwadang, and origin marking on Yeondon Bolkatsu – without explaining any of these issues, Paik is handling the situation in the most inappropriate way by claiming copyright. Is this really fair? | 1:10 | 1:22 |
| | | Those who don't know any better might say this is obviously what I get for copyright infringement, but surprisingly, YouTube Korea has always protected the right to use these images, considering it fair. | 1:23 | 1:35 |
| | | I have received countless copyright claims until now, but Google never accepted any of them. So why now? Is it because Paikugawa has 6 million subscribers? | 1:36 | 1:45 |
| | | Or is it because one of the 6 million Paikboys was actually a YouTube copyright overseer? Why are they doing this all of a sudden? | 1:45 | 1:53 |
| | | I really want to ask if this is the best decision. | 1:54 | 1:57 |
| | | So perhaps that's why there were so many rumors going on about Yesan Market and Street Market? | 1:58 | 2:02 |
| | | If you now understand how the Yeondon Bolkatsu franchisees would have felt, the puzzle pieces are coming together. | 2:03 | 2:10 |
| | | The sheer fact that this company is KOSPI-listed itself is a comedy – so shitty and | 2:10 | 2:17 |

| | | | | |
|---|---|---|---|---|
| | | absurd. Well, what difference does that make, anyway? | | |
| | | I'm not the only one dealing with this issue. The original wrecker broadcasters already have their eyes set on it. You cannot hide the sun with one hand. | 2:18 | 2:24 |
| | | Well then, I, Darkside, have to find another way besides making videos of The Born Korea Paikugawa Family. That's it for today. | 2:25 | 2:33 |